James Guice, pro se, Charleston, MO, Plaintiff–Appellant.

Frank A. Jung, Asst. Atty. General, Attorney General's Office, Jefferson City, MO, for Defendant–Appellee.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

James Guice appeals the district court's * denial of Guice's Federal Rule of Civil Procedure 60(b) motion, in which Guice requested the district court reconsider its order dismissing Guice's 42 U.S.C. § 1983 action. We conclude the district court's denial of Guice's Rule 60(b) motion was not an abuse of discretion because Guice failed to demonstrate exceptional circumstances existed to warrant post-judgment relief. *See Arnold v. Wood*, 238 F.3d 992, 998 (8th Cir.), *cert. denied*, 534 U.S. 975, 122 S.Ct. 400, 151 L.Ed.2d 304 (2001). Accordingly, we affirm. *See* 8th

---

* The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommenda-

Cir. R. 47B. We also deny the pending motions.

## Tasha R. THOMAS, Appellant,

v.

## SPRINT SPECTRUM, doing business as Sprint PCS; William Ersey, Appellees.

### No. 03–2090.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 5, 2003.

Decided Dec. 15, 2003.

Tasha R. Thomas, pro se, Kansas City, MO, Plaintiff–Appellant.

Elaine Drodge Koch, Jeremiah J. Morgan, Bryan & Cave, Kansas City, MO, for Defendants–Appellees.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

---

tions of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

PER CURIAM

Tasha R. Thomas appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Having carefully reviewed the record, we conclude summary judgment was proper for the reasons explained by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.